**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7230

JEROME JULIUS BROWN, SR.,

Petitioner – Appellant,

v.

PRINCE GEORGES COUNTY DEPARTMENT OF CORRECTIONS,

Respondent – Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Benson Everett Legg, District Judge. (1:10-cv-02193-BEL)

Submitted:  January 25, 2011        Decided:  February 18, 2011

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Julius Brown, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Julius Brown, Sr. appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brown v. Prince Georges Cnty. Dep't of Corr., 1:10-cv-02193-BEL (D. Md. Aug. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED